168 A.3d 1179

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ELGEN-UN B. PARISH (A/K/A ELGENUN B. PARRISH, ELGI B. PARISH AND ELGENUN PARISH), DEFENDANT–PETITIONER.

May 19, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004765–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1179

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JOHN BRINSON, DEFENDANT–PETITIONER.

May 19, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003611–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.